# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stewart, Daniel J. | 2. Court or Organization<br><br>United States District Court, Northern District of New York | 3. Date of Report<br><br>12/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/1/2015 |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T. Foley U.S. Courthouse, 445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Attorney | Brennan & White, LLP |
| 3. | Adjunct Faculty Member | Albany Law School |
| 4. | Vice President | Bedford Close Homeowners Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Brennan & White - Salary | $85,000.00 |
| 2. | 2015 | Albany Law School - Adjunct Faculty Salary | $4,800.00 |
| 3. | 2104 | Brennan & White - Salary | $110,000.00 |
| 4. | 2014 | Albany Law School - Adjunct Faculty Salary | $3,200.00 |
| 5. | 2013 | Brennan & White - Salary | $116,000.00 |
| 6. | 2013 | Albany Law School - Adjunct Faculty Salary | $3,200.00 |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEFCU | A | Int./Div. | J | T | | | | | |
| 2. 1/4 interest in Property, Jay NY Assessed at 65000 | | None | J | S | | | | | |
| 3. American Bar Association IRA, 2020 Retirement Date Fund | C | Int./Div. | K | T | | | | | |
| 4. Hickory Hill Ski Center, Inc. Stock. | | None | J | U | | | | | |
| 5. Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16 | A | Int./Div. | J | T | | | | | |
| 6. Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16. | B | Int./Div. | | | | | | | |
| 7. Manning and Napier, IRA, Pro Blend Extended Term Series S | E | Int./Div. | N | T | | | | | |
| 8. Trust Account #1 - Manning and Napier | | | | | | | | | |
| 9. Manning and Napier -Cash and Cash Equivilants | A | Int./Div. | K | T | | | | | |
| 10. -Manning & Napier Fund Inc High Yeld Bond Series | | None | K | T | | | | | |
| 11. -Manning & Napier Fund Inc New York Tax Exempt Series | | None | M | T | | | | | |
| 12. -Tsy Infl Ix N/B | A | Int./Div. | K | T | | | | | |
| 13. -US Treasury Infl IX | A | Int./Div. | L | T | | | | | |
| 14. -Manning & Napier GL FLS | A | Int./Div. | K | T | | | | | |
| 15. -M&N Dynamic Opportunities Sr Cls shares | | None | K | T | | | | | |
| 16. -M&N Focused Opportunities Class S Shares | | None | K | T | | | | | |
| 17. -Manning & Napier Fund Incl Emerging Markets Series | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Manning & Napier Fund Inc, International Series Fund | | None | K | T | | | | | |
| 19. -Manning & Napier Fund, Real Estate Series | | None | J | T | | | | | |
| 20. -Manning & Napier Fund Inc World Opportunities Series Fund | | None | J | T | | | | | |
| 21. -Range Res Corp Com | | None | J | T | | | | | |
| 22. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 23. -Weatherford International PLC | | None | J | T | | | | | |
| 24. -Monsanto Co New Com | | None | K | T | | | | | |
| 25. -Alcoa Inc | | None | J | T | | | | | |
| 26. -Weyerhaeuser Co Reits | | None | J | T | | | | | |
| 27. -Flir Systems Inc | A | Int./Div. | J | T | | | | | |
| 28. -Flowserve Corp | | None | J | T | | | | | |
| 29. -Ambev Sa Adr | | None | J | T | | | | | |
| 30. -Anheuser Busch Inbev NV | | None | J | T | | | | | |
| 31. -Diageo Plc | | None | J | T | | | | | |
| 32. -Unelever Plc Adr Amer Shs Spon | A | Int./Div. | J | T | | | | | |
| 33. -Electronic Arts | | None | J | T | | | | | |
| 34. -Express Scripts Holding Co | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intuitive Surgical Inc | | None | J | T | | | | | |
| 36. -Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 37. -Ebay Inc | | None | J | T | | | | | |
| 38. -Lululemon Athletica Inc | | None | J | T | | | | | |
| 39. -Amc Networks Inc A W/I | | None | J | T | | | | | |
| 40. -Liberty Global Plc A | | None | J | T | | | | | |
| 41. -Sinclair Braodcast Group -A | A | Int./Div. | J | T | | | | | |
| 42. -Tegna Inc | | None | J | T | | | | | |
| 43. -Time Warner Inc | A | Int./Div. | J | T | | | | | |
| 44. -Tribune Company New | A | Int./Div. | J | T | | | | | |
| 45. -Tweny First Century Fox Inc | | None | J | T | | | | | |
| 46. -Priceline Group Inc | | None | J | T | | | | | |
| 47. -Tripadvisor | | None | J | T | | | | | |
| 48. -Yum Brands Inc | | None | J | T | | | | | |
| 49. -Realogy Holings Corporation | | None | J | T | | | | | |
| 50. -Mastercard Inc Cl A | | None | K | T | | | | | |
| 51. -Visa Inc Cl A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Alphabet Inc Cl A | | None | J | T | | | | | |
| 53. -Alphabet Inc Cl B | | None | J | T | | | | | |
| 54. -Cerner Corp | | None | J | T | | | | | |
| 55. -Paypal Holdings Inc | | None | J | T | | | | | |
| 56. -Apple Inc | | None | J | T | | | | | |
| 57. -Juniper Networks Inc | A | Int./Div. | J | T | | | | | |
| 58. -Qualcomm Inc | | None | J | T | | | | | |
| 59. -Verifone Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 12/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544